UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MORTGAGE RESOLUTION SERVICES,
LLC, et al.,

        Plaintiffs,

  -v-                                             No. 17 MC 166-LTS-RWL

JP MORGAN CHASE BANK N.A., et al.,

        Defendants.

-------------------------------------------------------x

## ORDER

        In light of the resolution of Plaintiff's Motion to Compel Compliance with Subpoena of Third-Party Witness Erika Lance, For Sanctions, and To Transfer Motion to the Issuing Court, see docket entry nos. 1 and 14, the Clerk of Court is respectfully directed to close this case.

        SO ORDERED.

Dated: New York, New York
           January 26, 2021

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge